**No. 09-10225. Anterryo Jermaine Todd, Petitioner v. United States.**

560 U.S. 918, 130 S. Ct. 3307, 176 L. Ed. 2d 1208, 2010 U.S. LEXIS 4133.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-10226. Sean Williams, Petitioner v. United States.**

560 U.S. 918, 130 S. Ct. 3307, 176 L. Ed. 2d 1208, 2010 U.S. LEXIS 4148.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-10227. Howard Calvin Harris, Jr., Petitioner v. United States.**

560 U.S. 918, 130 S. Ct. 3308, 176 L. Ed. 2d 1208, 2010 U.S. LEXIS 4122.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10228. Filiberto Hinojosa, Petitioner v. United States.**

560 U.S. 918, 130 S. Ct. 3308, 176 L. Ed. 2d 1208, 2010 U.S. LEXIS 4101.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-10229. Dorothy Dawkins Raines, Petitioner v. United States.**

560 U.S. 918, 130 S. Ct. 3308, 176 L. Ed. 2d 1208, 2010 U.S. LEXIS 4140.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 359 Fed. Appx. 966.

**No. 09-10233. Matthew Troy Evans, Petitioner v. United States.**

560 U.S. 918, 130 S. Ct. 3308, 176 L. Ed. 2d 1208, 2010 U.S. LEXIS 4091.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 361 Fed. Appx. 524.

**No. 09-10235. Jerome M. Carter, Petitioner v. United States.**

560 U.S. 918, 130 S. Ct. 3308, 176 L. Ed. 2d 1208, 2010 U.S. LEXIS 4136.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 389 U.S. App. D.C. 71, 591 F.3d 656.

**No. 09-10239. Timothy Frazier, Petitioner v. United States.**

560 U.S. 918, 130 S. Ct. 3309, 176 L. Ed. 2d 1208, 2010 U.S. LEXIS 4084.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-10241. Hector Hernandez-Luna, Petitioner v. United States.**

560 U.S. 918, 130 S. Ct. 3309, 176 L. Ed. 2d 1208, 2010 U.S. LEXIS 4134.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 360 Fed. Appx. 530.